**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

MICAH ANDERSON,                                )
                                               )
            Plaintiff,                         )
                                               )
v.                                             )          Civil Action No. 3:23-cv-245–HEH
                                               )
GLOBALTEL LINK,                                )
                                               )
            Defendant.                         )

**MEMORANDUM OPINION**
**(Dismissing Civil Rights Action Without Prejudice)**

By Memorandum Order (ECF No. 3) entered on April 28, 2023, the Court

conditionally docketed Plaintiff's action. The Court directed Plaintiff to affirm his

intention to pay the full filing fee by signing and returning a consent to collection of fees

form. The Court warned Plaintiff that a failure to comply with the above directive within

thirty (30) days of the date of entry thereof would result in summary dismissal of the

action.

Plaintiff has not complied with the order of this Court. Plaintiff failed to return a

consent to collection of fees form. As a result, he does not qualify for *in forma pauperis*

status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28

U.S.C. § 1914(a). Such conduct demonstrates a willful failure to prosecute. *See* Fed. R.

Civ. P. 41(b). Accordingly, this action will be dismissed without prejudice.

An appropriate Order shall issue.

                                            _____ /s/ _____
                                            Henry E. Hudson
                                            Senior United States District Judge
Date: June 16, 2023
Richmond, Virginia